UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HAYS McCORMICK,

    Defendant.
_____/

Case No. 2:11-cr-41

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 13, 2013, on a Petition for Warrant or Summons for Offender Under Supervision (docket #22), alleging a violation of the defendant's term of supervised release. At that initial appearance, the defendant waived his right to a preliminary hearing and requested that he be provided with additional time to consult with his attorney regarding a revocation hearing. The defendant will be detained pending further proceedings. It is further ordered that defendant shall undergo a substance abuse assessment. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: February 15, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge